IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AL-RASHAAD R. CRAFT,

    Plaintiff,

v.                                                        No. 2:17-CV-00469-JCH-SMV

THE CITY COMMISSION OF THE CITY OF
HOBBS, a political subdivision of the
State of New Mexico; CITY OF HOBBS;
CHAD WRIGHT, in his official and
individual capacity; and AHMAD WHITE,
in his official and individual capacity,

    Defendants.

## NOTICE OF LODGING OF EXHIBIT A and EXHIBIT B TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT AND MEMORANDUM IN SUPPORT

Plaintiff, Al-Rashaad B. Craft, by and through his attorneys of record, Joseph Zebas of Zebas Law Firm and Timothy L. White, of Valdez and White Law Firm, LLC, hereby submits a Notice of Lodging of **Exhibit A and Exhibit B** (Plaintiff's cellular phone videos) to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint and Memorandum in Support [Doc 33] which will be hand delivered to the Clerk of the United States District Court of New Mexico on January 5, 2018 and provided to Defendants' counsel via Box on January 5, 2018

                                                         Respectfully submitted,

                                                         VALDEZ AND WHITE LAW FIRM, LLC

                                                         /s/ Timothy L. White
                                                         Timothy L. White
                                                         PO Box 25646
                                                         Albuquerque, NM 87125
                                                         Telephone: (505) 345-0289
                                                         Fax: (505) 345-2573