Case 2:17-cv-00469-JCH-SMV   Document 33-1   Filed 12/04/17   Page 4 of 8

Apr. 29. 2015 12:24PM   Lea County Communication Auth.   No. 2430   P. 4/17

CRIMINAL COMPLAINT

MAGISTRATE COURT
LEA COUNTY
STATE OF NEW MEXICO                      Page 1                        ATTACHMENT "A"
vs
Rasben, Alrashaad (B/M; ███████)                No.
SOC: Unknown
3618 Abinger Ln. Houston, TX 77088 , Defendant(s)

Victim: Susan Stone                              Suspect: Alrashaad Rasben

Victim/Witness: Israel Loya-Lopez

On Saturday, April 18th, 2015, at approximately 1413 hours, Officer B. Ellis was dispatched to the intersection of Shipp and Broadway, in reference to a battery.

Officer Ellis documented that upon his arrival, he made contact with Susan Stone. Stone reported that she had been battered by a black male at the Intersection of Shipp and Broadway prior to police arrival. Stone told Officer Ellis that there was a black male preaching on the north sidewalk of the intersection, later identified as Alrashaad Rasben. Stone told Officer Ellis that Rasben made several racial comments ① like "all white people need to be murdered" and "the black man needs to rise up and kill all of the white people". Susan also told Officer Ellis that Rasben had been using profanity when he preaches in the presence of children.
② ③

④ She told Officer Ellis that she walked to Rasben's location on the sidewalk and they began arguing about religion and him making ⑤ the racial statements. She said Rasben was recording himself with a cell phone attached to a tripod. She told Officer Ellis that she took her lighter out and started waving it in front of his camera.

⑥ Stone said Rasben told her he has the freedom of speech and she responded by saying "I have freedom of speech too you nut" and told him to shut up. She reported that immediately after she made this statement, Rasben stood in front of her and pushed her with both of his hands, causing her to fall backwards to the ground and hit the back of her head on the sidewalk.

Stone said her head and buttocks made contact with the concrete after Rasben pushed her. She told Officer Ellis the police were contacted and Hobbs EMS responded. Stone refused medical transport at

---

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE
TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A
CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE
STATEMENT IN A CRIMINAL COMPLAINT.

Ahmaad White        D11     [signature]              Diana Luce
........................                             ........................
     COMPLAINANT                                          APPROVED

Detective Hobbs Police Department                    District Attorney
TITLE (if any)                                           TITLE

EXHIBIT "C"

Case 2:17-cv-00469-JCH-SMV   Document 33-1   Filed 12/04/17   Page 5 of 8

Apr. 25. 2015 12:24PM    Lea County Communication Auth.    No. 2436    P. 5/17

CRIMINAL COMPLAINT

MAGISTRATE COURT
LEA COUNTY                              Page 2                    ATTACHMENT "A"
STATE OF NEW MEXICO
    vs                                                            No.
Rasben, Alrashaad (B/M; ■■■■■■)
SOC: Unknown
3618 Abinger Ln. Houston, TX 77088 , Defendant(s)

the scene and was later taken to LRH by her husband, Mark Stone. She told Officer Ellis that her buttocks, back and head were hurting.

Officer Ellis documented that he then made contact with Alrashaad Rasben as he was still preaching on the north sidewalk of the intersection Shipp and Broadway. Officer Ellis documented that he observed Rasben had a camera set up on a tri pod in front of him as he preached. Rasben told Officer Ellis that he was preaching and Stone walked up to him. He told Officer Ellis that Stone pulled out a lighter and started waving it in front of his camera.

He said Stone was "talking smack" to him as she waived the lighter in front of his camera. He told Officer Ellis he ignored Susan because she wasn't touching him and continued preaching. Officer Ellis documented that Rasben said after approximately 3 minutes, Stone pushed him. He said after Stone pushed him, he pushed her back.

Officer Ellis documented that he then made contact with Israel Loya-Lopez who informed him that he witnesses the incident. Lopez reported observing Rasben preaching at the intersection of Shipp and Broadway. Lopez told Officer Ellis that he observed Stone walk over to Rasben waive her lighter in front of his camera. Lopez said he then observed Rasben push Stone to the ground. Lopez informed Officer Ellis that Stone did not touch Rasben prior to him pushing her down. He described the force Rasben used as "the way you would push a 300 pound man".

⑦

Officer Ellis logged an audio CD of the contacts made with the subject involved in this incident into evidence.

On Sunday, April 19th, 2015, I, Detective Ahmaad White, was contacted and informed of this incident.

On this date, I made contact with Israel Loya-Lopez at 1105 W. Lea. Lopez told me he witnessed the entire incident. My contact with Lopez was audio recorded. He told me as he stood and listened to

---

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

Ahmaad White    D11    [signature]                 Diana Luce
COMPLAINANT                                        APPROVED

Detective Hobbs Police Department                  District Attorney
TITLE (if any)                                     TITLE

CRIMINAL COMPLAINT

MAGISTRATE COURT
LEA COUNTY
STATE OF NEW MEXICO        Page 3                ATTACHMENT "A"
vs
Rasben, Alrashaad (B/M; ███████)      No.
SOC: Unknown
3618 Abinger Ln. Houston, TX 77088 , Defendant(s)

---

Rasben making racial remarks like "white people and white women should be murdered" and "black people should rise up and make Mexicans their slaves", he observed Susan Stone walk towards Rasben.

Lopez said Stone waived a lighter in front of Rasben's camera and argued about the statements he was making. He told me as Stone stood about three feet away from Rasben, he observed Rasben walk in front of Stone and push her with both hands in her chest. He said he saw Stone's feet completely off of the ground before she hit her head on the concrete.

Lopez told me he ran to Stone and immediately began to assist her to her feet. He told me he told Rasben that he was wrong for pushing Stone. Lopez said Rasben responded and said "where I'm from, you don't put your hands on me and expect me not to put my hands on you". Lopez said he told Rasben "she never touched you". He said the police arrived shortly after these statements. He told me Rasben continued making racial statements after he pushed Stone down. Lopez also said that he made a comment about pushing Stone down as if it was not wrong. Lopez told me he was offended by the racial statements made by Rasben.

Lopez said Rasben pushed Stone "the way you would push a 300 pound man" and told me it made him angry. I terminated my interview with Lopez at this time.

I then made contact with Susan Stone at her residence. My contact with Lopez was audio recorded. I observed Stone to be lying on the couch of her living room. She informed me that she was unable to move throughout her residence, perform her daily duties, and sit upright without assistance from her husband, Mark Stone. She said her head was still hurting, along with her back and buttocks caused by being pushed. Stone told me she observed Rasben making several racial remarks about how women should be beaten into submission and how white people should all be murdered so the black race could dominate everything.

---

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

Ahmaad White   D11    _/s/ A. White_          Diana Luce
COMPLAINANT                                    APPROVED

Detective Hobbs Police Department        District Attorney
TITLE (if any)                                   TITLE

CRIMINAL COMPLAINT

MAGISTRATE COURT
LEA COUNTY
STATE OF NEW MEXICO                     Page 4                          ATTACHMENT "A"
vs
Rasben, Alrashaad (B/M;  ▓▓▓▓▓▓ )                    No.
SOC: Unknown
3618 Abinger Ln. Houston, TX 77088 ,Defendant(s)

---

She told me she waived her black leather lighter case in front of the camera and told Rasben to stop making racial comments. She said Rasben responded by saying "I have the freedom of speech" and "this is public property". She said she told him "I have the freedom of speech too" and "shut up, you nut". She said there was a few feet in between them and Rasben closed the distance until he was standing directly in front of her. She said he then pushed her with both hands in her chest, causing her to fall onto her back and hit her head.

She told me the police were contacted and EMS responded to the scene. She was unable to provide any further statements that were made after she was pushed.

I photographed Stones injuries, which included several bruises on the outside of her right forearm and a half dollar size bruise on the back of her head. I transferred the photos onto a photo CD and logged them into evidence.

I then contacted District Attorney Diana Luce and informed her of the incident. She agreed that the District Attorney's office would pursue the charge of Aggravated Battery, 1 count, which is a Misdemeanor and Disorderly Conduct, 1 count, which is a Petty Misdemeanor.

The above occurred in Hobbs, Lea County, New Mexico.

I, the affiant, believe that probable cause does exist that the defendant's, Alrashaad Rasben's, actions are contrary to NMSA 30-3-5B, (1 count), which is a Misdemeanor and NMSA 30-20-1A, (1 count), which is a Petty Misdemeanor.

On Thursday, April 23rd, 2015, Mark Stone contacted me and informed me that he took Susan Stone to NorLea General Hospital again, due to her pain increasing and an additional knot on her head. He told me she was acting verbally aggressive, due to the pain and was "not like herself". He said Susan was experiencing severe mood swings and displaying emotional distress because of the incident. He told me

---

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

Ahmaad White    D11    _/s/ A. White D11_                _Diana Luce_
COMPLAINANT                                               APPROVED

Detective Hobbs Police Department                         District Attorney
TITLE (if any)                                            TITLE

CRIMINAL COMPLAINT

MAGISTRATE COURT
LEA COUNTY
STATE OF NEW MEXICO                    Page 5                    ATTACHMENT "A"
vs
Rasben, Alrashaad (B/M;          )                    No.
SOC: Unknown
3618 Abinger Ln. Houston, TX 77088  , Defendant(s)

---

he was initially informed that her condition should be monitored over a period of several days and if it did not improve, she was to be brought back to the hospital for additional treatment.

Mark Stone said that Susan's condition had not improved. Mark Stone told me that Susan was unable to remember what the current date was. He said after taking her back to NorLea General Hospital in Lovington, New Mexico on Tuesday, April 21st, 2015, Mark Stone told me that she was given an additional CAT scan, but informed Mark that she believed she was still in Hobbs.

He said he was informed by Dr. Carver in the emergency room that Susan had sustained a severe concussion. Mark Stone said Dr. Carver told him to watch her closely for the next week and to ensure that she got plenty of rest. He also told Mark Stone that if her condition was worse after one week, she was to be brought back into the emergency room.

On Thursday, April 23rd, 2015, I contacted District Attorney Diana Luce and informed her of Susan Stone's condition, as it had not improved. DA Luce agreed that the District Attorney's office would agree to amend the above approved charge to Aggravated Battery (GMH), 1 count, which is a 3rd degree felony and Disorderly Conduct, 1 count, which is a Petty Misdemeanor.

The above occurred in Hobbs, Lea County, New Mexico.

I, the affiant, believe that probable cause does exist that the defendant's, Alrashaad Rasben's, actions are contrary to NMSA 30-3-5C, (1 count), which is a 3rd degree felony and NMSA 30-20-1A, (1 count), which is a Petty Misdemeanor.

---

I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.

Ahmaad White      D11     /s/ AWhite D11            Diana Luce
COMPLAINANT                                          APPROVED

Detective Hobbs Police Department                    District Attorney
TITLE (if any)                                       TITLE