UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AL-RASHAAD R. CRAFT,

    Plaintiff,

v.                                                        No. 2:17-cv-00469-JCH-SMV

CHAD WRIGHT, in his official and individual
capacity; and AHMAD WHITE, in his official
and individual capacity,

    Defendants.

## STIPULATED ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THEIR ANSWER TO PLAINTIFFS' FOURTH AMENDED COMPLAINT

THIS MATTER came before the Court upon Defendants' Unopposed Motion for Extension of Time, up to and including October 22, 2018, in which to file their Answer to Plaintiff's Fourth Amended Complaint. The Court, having reviewed said motion and, in particular, having noted that Plaintiff does not oppose the Motion, hereby finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants shall have up to and including October 22, 2018, in which to file their Answer to Plaintiff's Fourth Amended Complaint.

IT IS SO ORDERED.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

APPROVED:

ZEBAS LAW FIRM, PLLC
    Joseph M. Zebas
    P.O. Box 1675
    Hobbs, NM 88241-1675
    (575) 393-1024

VALDEZ & WHITE LAW FIRM, LLC


By **Electronically Approved on 10/08/18 /s/ Timothy L. White**
    Timothy L. White
    P.O. Box 25646
    Albuquerque, NM 87125-5646
    (505) 345-0289

*Attorneys for Plaintiff*


ATWOOD, MALONE, TURNER & SABIN, P.A.


By **Electronically Submitted on 10/08/18 /s/ Bryan Evans**
    Bryan Evans
    K. Renee Gantert
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
*Attorneys for Defendants*