IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Al-Rashaad R. Craft,<br><br>                            Plaintiff,<br><br>vs.<br><br>City of Hobbs Police Department, et al.,<br><br>                            Defendant. | Case No:  17-CV-0469-NF-KHR |

## ORDER SETTING PRETRIAL CONFERENCE

U.S. District Judge Nancy D. Freudenthal

　　This matter is before the Court *sua sponte* on reassignment from Judge Judith C. Herrera as part of the pilot program for visiting judges to assist in the District of New Mexico.  Pursuant to Federal Rule of Civil Procedure 16(a), the Court will hold a pretrial conference to set the case for trial on the Court's calendar, reset the pretrial schedule for any deadlines that have not already passed in conformance with this Court's standard pretrial order, and hear from the parties on expediting disposition of the action or any other purpose contemplated under Rule 16.  Accordingly,

　　IT IS ORDERED THAT a pretrial conference is set for **September 30, 2019 at 1:30 p.m.** in Judge Freudenthal's Chambers, 2120 Capitol Avenue, Room 2242, Cheyenne, WY 82001.  Counsel may appear by telephone; counsel shall initiate the call through a conference call operator or otherwise have all counsel on the line before connecting Chambers at (307) 433-2190.  Counsel shall have their calendars available to assist in the

scheduling of the final pretrial conference, the trial, and any other dispositive matter that may require an oral setting. These matters will be scheduled during this pretrial conference. Counsel should contact Chambers at (307) 433-2190 for any questions.

IT IS FURTHER ORDERED THAT, **at least 7 days prior to the pretrial conference**, in compliance with the Court's General Administrative Order 2013-02 (see http://www.wyd.uscourts.gov/htmlpages/genorders.html), the parties shall file a joint case management plan in the form provided on the Court's website, under Judge Freudenthal's Forms – New Mexico, http://www.wyd.uscourts.gov/htmlpages/forms.html#NDFForms. By the same date, the parties shall also email their joint case management plan in Word to NMjudgesNDF@wyd.uscourts.gov. For provisions concerning deadlines already passed, counsel should note the date and docket entry that established the deadline.

The Court further directs counsel and the parties to the Court's webpage for the Court's pretrial and trial standard practices which shall apply in this case. http://www.wyd.uscourts.gov/htmlpages/judge_freudenthal.html

Dated this  22nd  day of August, 2019.

*Nancy D. Freudenthal*
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE