



EXHIBIT 8







