**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**AL-RASHAAD R. CRAFT**,

        Plaintiff,

v.                                                                           No. 2:17-cv-00469-JCH-SMV

**CHAD WRIGHT, et al,**

        Defendants.

**CERTIFICATE OF SERVICE**

COME NOW Plaintiff, by and through his attorneys of record, and serve this Notice that, pursuant to the *United States District Court District of New Mexico CM/ECF Administrative Procedures Manual*, §(9)(g)(4), on October 14, 2019, Plaintiffs sent a USB thumb drive, entitled "[Doc. 98] Exhibits 1, 2 and 6" to the clerk of the court at the U.S. District Court, District of New Mexico,100 N. Church Street, Suite 280, Las Cruces, NM, 88001, to place the USB thumb drive in the records and to be made an official part of the record, specifically Exhibits 1, 2 and 6 to *Plaintiffs Response to Defendant's Motion for Qualified Immunity Summary Judgment and Memorandum in Support* [Doc. 98]. Defendants also state that a courtesy copy has been delivered via Dropbox to all parties of record.

                                                            Respectfully Submitted by:
                                                            ZEBAS LAW FIRM, LLC
                                                            /s/ Joseph M. Zebas
                                                            Joseph M. Zebas
                                                            P.O. Box 1675, Hobbs, NM 88241
                                                            (575)393-1024
                                                           *Attorney for Plaintiff*

IT IS HEREBY CERTIFIED that the foregoing pleading was filed electronically through the CM/ECF system, causing the following parties or counsel of record to be served by electronic, means, as more fully reflected on the Notice of Electronic Filing on October 14th, 2019:

/s/Joseph M. Zebas
Joseph M. Zebas