UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**AL-RASHAAD R. CRAFT,**

    **Plaintiff,**

v.     No. 2:17-cv-00469-NF-KHR

**AHMAD WHITE, in his individual capacity,**

    **Defendant.**

### DEFENDANT'S RESPONSE TO ORDER TO SHOW TO CAUSE

COMES NOW Defendant Ahmaad White, by and through his counsel of record, Atwood, Malone, Turner & Sabin, P.A. (by Bryan Evans and Renee Gantert), and hereby submits this Response to the Court's Order to Show Cause, entered in this action on January 6, 2020. Defendant had prepared a Motion to Stay and intended to file it at or around the time it filed its Docketing Statement. However, in light of this Court's Show Cause Order, Defendant will simply state that it agrees with the Court that a stay of these proceedings is warranted while Defendant's appeal is pending.

It is presently unknown to this counsel whether Plaintiff will object to a stay. If Plaintiff does object, Defendant respectfully requests the opportunity to respond to any such objections.

    Respectfully submitted,

    **ATWOOD, MALONE, TURNER & SABIN, P.A.**

    */s/ Bryan Evans*
    Bryan Evans
    K. Renee Gantert
    P.O. Drawer 700
    Roswell, NM 88202-0700
    (575) 622-6221
    *Attorneys for Defendant*

I HEREBY CERTIFY that on January 8, 2020, I filed the foregoing instrument electronically through the Court's Electronic Filing system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing*.

**/s/ Bryan Evans**
Bryan Evans