IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| AL-RASHAAD R. CRAFT,<br><br>   Plaintiff,<br><br>vs.<br><br>CHAD WRIGHT, AHMAD WHITE<br><br>   Defendants, | Case No. 17-CV-00469-NDF-KHR |

ORDER GRANTING SUMMARY JUDGMENT TO DEFENDANT AHMAD
WHITE AND DIRECTING ENTRY OF JUDGMENT

  On February 8, 2021, the Tenth Circuit Court of Appeals issued its mandate on its order and judgment granting Defendant Ahmad White's interlocutory appeal on qualified immunity. ECF Nos. 118, No. 118-1 (Order and Judgment of January 14, 2021). The Tenth Circuit "reverse[d] and remand[ed] with instructions to grant summary judgment to Officer White." ECF No. 118-1 at 15. The Court's summary judgment order of December 2, 2019 granted summary judgment to White on all but the individual capacity claims against him. ECF No. 107. Pursuant to the Tenth Circuit's instruction, the Court hereby GRANTS summary judgment to Defendant White on the individual capacity claims.

  The December 2, 2019 order granted summary judgment to Defendant Chad Wright on all claims against him. It further noted that at oral argument, Plaintiff recognized he

had no municipal liability claim. Accordingly, all claims have now been resolved on the merits. The Clerk shall enter judgment for Defendants Wright and White forthwith.

IT IS SO ORDERED this 8th day of February, 2021.

*/s/ Nancy D. Freudenthal*

NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE