UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

AL-RASHAAD R. CRAFT,

Plaintiff,

v. No. 2:17-cv-00469-NF-KHR

CHAD WRIGHT AND AHMAD WHITE,

Defendants.

**DEFENDANTS' MOTION TO TAX COSTS**

COME NOW Defendants, by and through their attorneys of record, Atwood, Malone, Turner & Sabin, P.A., by Bryan Evans and Renee Gantert and, pursuant to Fed. R. Civ. P. 54(d)(1), D.N.M. LR -CV 54.1 and Fed. R. App. P. 39(e), hereby move this Court for an order directing the Clerk to tax costs in Defendants' favor, and as grounds therefore states:

1. On February 9, 2021, this Court entered Judgment in favor of all defendants on all claims asserted against them. [Doc. 120]
2. Defendants are the prevailing party and, as such, are entitled to recovery of their costs. Fed. R. Civ. P. 54(d)(1).
3. As required by D.N.M. LR -CV 54.1 and Fed. R. App. P. 39(e), attached hereto and made a part of this motion is an itemized costs bill, with receipts, documenting recoverable costs, accompanied by an affidavit verifying that the costs are allowable by law, correctly stated and necessary to the litigation.

WHEREFORE, premises considered, Defendants respectfully pray that this Court enter an order directing the Clerk to tax costs in Defendants' favor and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

ATWOOD, MALONE, TURNER & SABIN, P.A.

By **Electronically Filed on 02/15/21**

Bryan Evans
K. Renee Gantert
P.O. Drawer 700
Roswell, NM 88202-0700
(575) 622-6221
*Attorneys for Defendants*

**ITEMIZED COST BILL**

Defendants' appellate filing fee, paid to the Tenth Circuit Court of Appeals: $505.00

Defendants' fee for preparation and transmission of the record: $120.45

Reporters' charges for the original or a copy of deposition transcripts:

| | | |
|---|---|---|
| 05/10/19 | Star Reporting Service (Depositions of Al-Rashaad R. Craft, Chad Wright, Ahmaad White, Tim McEachern, & Michael Thomas) | $2,517.55 |
| 05/29/19 | Precise Reporting (Deposition of Brandon Ellis) | $472.15 |
| 07/24/19 | Amarillo Court Reporting (Deposition of Randell Robb) | $634.40 |
| 08/14/19 | US Legal Support (Deposition of Paul Patterson) | $1,033.40 |
| 10/08/19 | Romero Reporting (Deposition of Lana Steven) | $505.14 |

Fees for lay witnesses subpoenaed to deposition:

| | | |
|---|---|---|
| 07/02/19 | Lana Steven | $40.00 |
| 07/02/19 | Randell Robb | $40.00 |

| | |
|---|---|
| **TOTAL** | **$5,868.09** |

## Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, correctly stated, necessary to the litigation and that the services for which fees have been charged were actually and necessarily performed.

BRYAN EVANS

SUBSCRIBED AND SWORN TO BEFORE ME this 15th day of February, 2021, by **Bryan Evans**.

My Commission Expires:
12/18/22

Notary Public

OFFICIAL SEAL
TAMMY R. FITTS
NOTARY PUBLIC
STATE OF NEW MEXICO
Com. Expires 12/18/22

I HEREBY CERTIFY that on February 15, 2021, I filed the foregoing instrument electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the *Notice of Electronic Filing.*

*Electronically Filed on 02/15/21*
Bryan Evans

**Tammy Fitts**

**From:** notification@pay.gov
**Sent:** Friday, December 20, 2019 3:49 PM
**To:** Tammy Fitts
**Subject:** Pay.gov Payment Confirmation: NMD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the CM/ECF Helpdesk at (505) 348-2075.

Application Name: NMD CM ECF
Pay.gov Tracking ID: 26MABI42
Agency Tracking ID: 1084-6867758
Transaction Type: Sale
Transaction Date: Dec 20, 2019 5:48:37 PM

Account Holder Name: Bryan Evans
Transaction Amount: $505.00
Card Type: Visa
Card Number: ************1572

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

**United States District Court**
**Tenth Circuit**

Date: 03/06/2020
Invoice Number: 20200218
Re: 17-CV-469-NDF

To:

**Bryan D Evans**
**Atwood, Malone, Turner & Sabin, PA**
PO Drawer 700
Roswell, New Mexico, 88202-0700
**Phone:** (575) 622-6221
**Email:** bevans@atwoodmalone.com

Make Checks Payable To:

**Monique Kathleen Gentry, RPR, CSR**
**Official US Court Reporter**
EIN / Tax ID: 47-3204841
2120 Capitol Avenue
Suite 2228
Cheyenne, Wyoming, 82001
**Phone:** (307) 274-4661
**Email:** mkg.gentry@gmail.com

Case Details:

**Case Number:** 17-CV-00469-NDF
**Case Title:** Al-Rashaad R. Craft vs. Chad Wright, Ahmad White
**Case Description:** Original transcript of motion for summary judgment proceedings held November 11, 2019.
**Criminal or Civil:** Civil

**Proceeding Date:** Nov 21, 2019
**Courthouse:** Cheyenne, Wy
**Judge Hearing Case:** Nancy D. Freudenthal

Transcripts:

**Date Ordered:** Jan 07, 2020
**Date Delivered:** Mar 06, 2020
**Transcripts Requested By:** Bryan Evans

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Ordinary Original | 33 | $3.65 | $120.45 |

**Total:** $120.45

**Amount Due:** $120.45

Notes

I, Monique Gentry, certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States

***/s/ Monique Gentry***

PAID
MAR 11 2020
58278

STAR REPORTING SERVICE LLC

P.O. BOX 65249
ALBUQUERQUE, NM 87193-5249
(505) 449-7589

# Invoice

| Date | Invoice # |
|---|---|
| 5/10/2019 | 5032 |

| Bill To |
|---|
| ATWOOD LAW FIRM<br>BRYAN EVANS, ESQ.<br>P.O. DRAWER 700<br>ROSWELL, NM 88202 |

| Terms | Case Number |
|---|---|
| Net 30 | USDC 2:17-CV-00469-JC... |

| Item | Description | Pages | Rate | Amount |
|---|---|---|---|---|
| ORIGINAL & 1 D... | AL-RASHAAD R. CRAFT | 263 | 5.00 | 1,315.00T |
| DEPOSITION CO... | CHAD WRIGHT | 140 | 2.50 | 350.00T |
| DEPOSITION CO... | AHMAAD WHITE | 112 | 2.50 | 280.00T |
| DEPOSITION CO... | TIM MCEACHERN | 54 | 2.50 | 135.00T |
| DEPOSITION CO... | MICHAEL THOMAS | 66 | 2.50 | 165.00T |
| EXHIBITS | B & W | 158 | 0.50 | 79.00T |
| EXHIBITS | COLOR | 1 | 0.50 | 0.50T |
| POSTAGE & HA... | | | 10.00 | 10.00 |
| | Sales Tax | | 7.875% | 183.05 |

PAID
JUN 05 2019
5/7/24

Thank you for your business.

| | |
|---|---|
| **Total** | $2,517.55 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,517.55 |

The Party agreeing to the production of this deposition or hearing is agreeing to pay the Invoice within 30 days or interest at 25% thereon from date of deposition or hearing, and agrees to pay any and all costs of collection, included, but not limited to attorney fees and costs.



**Precise Reporting Services**
FED ID 52-2111646 820 A1A North, Suite W14
Ponte Vedra Beach, FL 32082
(904) 373-0175
precisereporting@comcast.net
www.precisereportingservices.net

# Invoice

BILL TO

BRYAN D. EVANS, ESQ.
Atwood Malone Turner & Sabin P.A.
400 N. Pennsylvania Ave.
Suite 100
Roswell, NM 88201

INVOICE # 17132
DATE 05/29/2019

TERMS Net 30

CONDUCTED ON
5/9/2019

STENOGRAPHER
CW

| ACTIVITY | QTY | AMOUNT |
|---|---|---|
| AL-RASHAAD R. CRAFT vs. CHAD WRIGHT, in his official and individual capacity; and AHMAD WHITE, in his official and individual capacity<br>No.: 2:17-CV-00469-JCH-SMV | | |
| DEPOSITION OF: BRANDON ELLIS | | |
| Certified Transcript with Word Index - PDF E-Tran e-mail | 119 | 446.25 |
| Condensed Transcript with Word Index - PDF E-Tran e-mail | 1 | 25.00 |
| Exhibit - PDF E-mail | 2 | 0.90 |

We appreciate your business!

BALANCE DUE **$472.15**

PAID
JUN 19 2019
57185

Trophy

CHECK REQUEST/COPYING CHARGE DATE 7/2/19

FILE NO. 17-205 ATTY. KDE

CLIENT Travelers

RE: Craft v. Wright

CHECK TO: Tara Stalker PAID

for deposition witness fee JUL 02 2019

57216

SWP - 09/2013 CHECK AMT. $ 40.00

Trophy

CHECK REQUEST/COPYING CHARGE DATE 7/2/19

FILE NO. 17-205 ATTY. KDE

CLIENT Travelers

RE: Craft v. Wright

CHECK TO: Randall [illegible] PAID

for deposition witness fee JUL 02 2019

57215

SWP - 09/2013 CHECK AMT. $ 40.00



**AMARILLO COURT REPORTING**
600 South Tyler Street, Suite 2100
Amarillo, TX 79101
806-374-4091

# Confirmation

| Job No. | 139856 | Scheduled Date | 7/24/2019 1:47:28 PM |
|---|---|---|---|
| Attn | Janice Hoelting | Attorney | Bryan Evans |
| Firm | Atwood, Malone, Turner & Sabin<br>400 N. Pennsylvania Avenue, Suite 1100<br>Roswell, NM 88201<br>Phone: 575-622-6221<br>Fax: 575-5624-2883 | | |

This email is being sent as confirmation of the following scheduled deposition:

| Style of Case | Craft vs. Wright, et al. | | |
|---|---|---|---|
| Witness(es) | Randell Robb | | |
| Deposition Date | 08/07/2019 | Time | 10:00 AM |
| Location | Panhandle Court Reporters<br>112 West 8th Avenue, Suite 725<br>Amarillo, TX 79101<br>Phone:<br>Room No.: 1st Flr Conf Rm<br>Detail: | | |
| Services | Service Item | | Units |
| Remarks | | | |

Late Cancellation Fee may apply if a job is cancelled after the close of business one business day prior to scheduled date.

If we have scheduled an Interpreter, Late Cancellation Fee may apply if a job is cancelled less than 24 hours in advance per interpreting services industry standards.

750$^{00}$ Retainer

PAID
AUG 06 2019
57353

13945

COURT REPORTERS CLEARINGHOUSE, INC.
1225 North Loop West, Suite 327
Houston, TX 77008
713-626-2629

J.P.Morgan
JPMorgan Chase Bank, N.A.
Dallas, Texas
32-61-1110

8/19/2019

PAY TO THE ORDER OF Atwood, Malone, Turner & Sabin $ **115.60

One Hundred Fifteen and 60/100************************************************************************************************ DOLLARS

Security features. Details on back.

Atwood, Malone, Turner & Sabin
400 North Pennsylvania Avenue
Suite 1100
Roswell, NM 88201

VOID AFTER 90 DAYS

Alisa Lukasek
AUTHORIZED SIGNATURE

MEMO
refund unused retainer on Craft vs. Wright, et al/ Inv

⑈013945⑈ ⑆111000614⑆ 1499068047765⑈

COURT REPORTERS CLEARINGHOUSE, INC. 13945

Atwood, Malone, Turner & Sabin 8/19/2019

refund unused retainer on Craft vs. Wright, et al/ Invo 115.60

Chase - Operating refund unused retainer on Craft vs. Wright, et al/ 115.60

COURT REPORTERS CLEARINGHOUSE, INC. 13945

Atwood, Malone, Turner & Sabin 8/19/2019

refund unused retainer on Craft vs. Wright, et al/ Invo 115.60

PAYMENT RECORD

Chase - Operating refund unused retainer on Craft vs. Wright, et al/ 115.60



Court Reporters Clearinghouse

1225 North Loop West, Suite 327
Houston, Texas 77008

713-626-2629
crcnational.com

August 19, 2019

Atwood, Malone, Turner & Sabin
400 North Pennsylvania Ave., Suite 1100
Roswell, NM 88201

Re: Retainer refund on Craft vs Wright, et al 2360/-17205

We are issuing you a refund for the unused portion of the retainer we received from your firm in the above referenced matter. Enclosed please find check No. 13945 in the amount of $115.60. This amount represents the excess funds received from your check No. 57353 dated 08/06/19.

We believe it's important to refund any unused retainers and help serve as responsible stewards of our clients' funds.

Sincerely,

Alisa Lukasek

Alisa Lukasek
Accounting

**INTEGRITY** is our foundation * **EXCELLENCE** in everything we do
**COMMITMENT** to continuous improvement * **RESPECT** and treat others the way you want to be treated

# INVOICE

U.S. Legal Support
16825 Northchase Dr.
Suite 800
Houston, TX 77060
Phone:713-653-7100 Fax:713-653-7143

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140079646 | 8/14/2019 | 299501 |
| **Job Date** | **Case No.** | |
| 7/23/2019 | 217CV00469JCHSMV | |
| **Case Name** | | |
| Al-Rashaad R. Craft v. Chad Wright, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Bryan Evans
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
400 North Pennsylvania Avenue
Suite 1100
Roswell, NM 88202

ORIGINAL TRANSCRIPT OF:

| Description | Quantity | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Paul Patterson | 123.00 | Pages | @ | 5.75 | 707.25 |
| Hourly | 3.25 | Hours | @ | 35.00 | 113.75 |
| Administrative Fee | | | | 65.00 | 65.00 |
| Exhibit Tabs | 15.00 | | @ | 0.55 | 8.25 |
| Exhibit Scanning | 53.00 | | @ | 0.55 | 29.15 |
| Lit Support Package | | | | 35.00 | 35.00 |
| Obtain Signature (Read & Sign Fee) | | | | 25.00 | 25.00 |
| Delivery Out-of-State | | | | 50.00 | 50.00 |
| | **TOTAL DUE >>>** | | | | **$1,033.40** |
| | AFTER 9/28/2019 PAY | | | | $1,188.41 |

Thank you. We appreciate your business.
Please contact Jewel Nealon @ 469-619-4341 or e-mail jnealon@uslegalsupport.com should you have any billing questions.

PAID
SEP 1 1 2019
57502

**Tax ID:** 76-0523238

Phone: 575-622-6221 Fax:575-624-2883

*Please detach bottom portion and return with payment.*

Bryan Evans
Atwood, Malone, Turner & Sabin, P.A.
P.O. Drawer 700
400 North Pennsylvania Avenue
Suite 1100
Roswell, NM 88202

Invoice No. : 140079646
Invoice Date : 8/14/2019
**Total Due : $1,033.40**
AFTER 9/28/2019 PAY $1,188.41

Remit To: **U.S. Legal Support**
**P.O. Box 4772-14**
**Houston, TX 77210-4772**

Job No. : 299501
BU ID : 1-HOU
Case No. : 217CV00469JCHSMV
Case Name : Al-Rashaad R. Craft v. Chad Wright, et al.

ROMERO REPORTING
Lorena H. Romero
P.O. Box 50
Picacho, NM 88343
EIN 85-0482198

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/8/2019 | 3252 |

BILL TO

RENEE GANTERT
P.O. DRAWER 700
ROSWELL, NM 88202

| DESCRIPTION | PGS | RATE | AMOUNT |
|---|---|---|---|
| CRAFT V. CHAD WRIGHT, et. al.<br>2:17-CV-00469 JCH-SMV<br>taken 8-13-19 | | | 0.00 |
| ORIGINAL & 1 LANA STEVEN | 63 | 4.65 | 292.95 |
| APPEARANCE FEE | 2 | 25.00 | 50.00 |
| TRAVEL TO CARLSBAD | 180 | 0.65 | 117.00 |
| EXHIBITS | 34 | 0.25 | 8.50 |

PAID
OCT 30 2019
57701

| | |
|---|---|
| Subtotal | 468.45 |
| 7.833% Sales Tax | 36.69 |
| Total | 505.14 |
| Balance Due | 505.14 |

